1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

10   FLOARE MOISSIU,

11          Petitioner,

Case No. 2:10-CV-00218-KJD-LRL

12   v.

**ORDER**

13   UNITED STATES CITIZENSHIP AND
     IMMIGRATION SERVICES, *et al*.,

14

       Defendants.

15

16

17          Presently before the Court are Plaintiff's Motion to Correct Certificate of Naturalization (#1)

18   and Motion to Amend Birth Certificate for Naturalization Paperwork (#3).

          Petitioner's Certificate of Naturalization was issued on December 4, 2009. Since final action

19   has been taken on Petitioner's petition for naturalization, her application to the court to amend her

20   petition for naturalization must be served upon the district director having administrative jurisdiction

21   over the territory in which the court is located.[1] See 8 C.F.R. § 334.16(b).  Plaintiff has not filed

22   proof of service as required by the federal regulations and Federal Rules of Civil Procedure on any

23   party.  Additionally, Plaintiff bears the burden of proving that the date on her Certificate of

24

25   _____

26          [1]As of June 14, 2010, the district director having administrative jurisdiction over Nevada was John Kramar of
     the Phoenix District Office, 2035 North Central Avenue, Phoenix, AZ 85004-1548.

1  Naturalization is incorrect and her alleged date of birth is her correct date of birth.  See Kounchao v.

2  U.S. Citizenship and Immigration Services, 358 F.Supp.2d 837, 838 (D. Minn. 2005).  Because

3  Plaintiff has failed to comply with the rules requiring service of her petition to correct the Certificate

4  of Naturalization, the Court denies the motions without prejudice.

5         However, Plaintiff is ordered to file an amended petition to correct the Certificate of

6  Naturalization within thirty days.[2]  Furthermore, since Plaintiff bears the burden of proving that she

7  is entitled to an amendment to her Certificate of Naturalization, she should verify her complaint in

8  accordance with 28 U.S.C. § 1746 by including the statement: "I declare under penalty of perjury that

9  the foregoing is true and correct.  Executed on [insert date] [signature]."

10         Finally, Plaintiff must send a copy of her amended petition via registered or certified mail to

11  the following three individuals:

12     •     Attorney General Eric Holder
             U.S. Department of Justice
13           950 Pennsylvania Avenue, NW
             Washington, DC 20530-0001
14
       •     United States Attorney Daniel G. Bogden
15           333 Las Vegas Blvd. South, Suite 5000
             Las Vegas, NV 89101
16
       •     Phoenix District Director USCIS John Kramar
17           2035 North Central Avenue
             Phoenix, AZ 85004-1548
18
   Plaintiff shall file her amended petition within thirty (30) days of the entry of this order.  Plaintiff
19
   shall then provide proof of service of the amended petition within sixty (60) days of the entry of this
20
   order.  Failure to abide by these orders will result in Plaintiff's petition being dismissed.
21

22         [2]Some courts require petitioners to submit an application to correct the certificate of
   naturalization on Form N-410, the form for amending a petition for naturalization while the petition
23  is still pending.  See 8 C.F.R. § 334.16(a). However, it appears that the USCIS' Operational
   Instructions ("OI") prohibits USCIS employees from distributing Form N-410 for this purpose.  See
24  USCIS OI 334.10.  Therefore, Plaintiff need only submit her application or petition to amend her
   Certificate of Naturalization in writing.  The petition/application should be entitled "First Amended
25  Petition" and contain her name, the present case number (2:10-cv-00218-KJD-LRL) and a brief
   recitation of the facts necessary for the Court to determine she is entitled to an amendment of her
26  certificate.

                                                2

1    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Correct Certificate of

2   Naturalization (#1) and Motion to Amend Birth Certificate for Naturalization Paperwork (#3) are

3   **DENIED without prejudice**;

4    **IT IS FURTHER ORDERED** Petitioner file an amended petition within thirty (30) days of

5   the entry of this order.

6    DATED this 20th day of September 2010.

7

8

9    _____

10   Kent J. Dawson
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26