1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No.2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLOARE MOISSIU, | Case 2:10-cv-00218-KJD-LRL |
| Plaintiff, | |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Kirsten Daeubler to the Bar of this Court for the purpose of representing the defendant, United States Citizenship and Immigration Services, in the above-captioned litigation.

Kirsten Daeubler is a member in good standing of the State Bar of Pennsylvania (Bar # 203879) and New Jersey (Bar # 013012006). She is an attorney employed by the United States Department of Justice, Civil Division, Office of Immigration Litigation, and her office is located in Washington, D.C.

1    It is respectfully requested that an order be issued
2  permitting Kirsten Daeubler to practice before this court in
3  this action.

4                                    Respectfully submitted,
5  DATED: December 9, 2010          DANIEL G. BOGDEN
                                     United States Attorney
6

7                                    //S// CARLOS A. GONZALEZ
                                     CARLOS A. GONZALEZ
8                                    Assistant United States Attorney

12                                   IT IS SO ORDERED:

14  DATED :  12/13/2010
                                     _____
15                                   UNITED STATES DISTRICT JUDGE

2

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing MOTION TO ADMIT GOVERNMENT ATTORNEY (Kirsten Daeubler) has been made by mailing a copy this 9th day of December, 2010, to the following addressees:

        Floare Moissiu
        8415 Mount Nido Drive
        Las Vegas, NV 89147

          /s/   Carlos Gonzalez
          CARLOS GONZALEZ